TAYLOR LABOR LAW, P.C.
80 S. Lake Avenue, Suite 860
Pasadena, CA 91101
Telephone (626) 219-6008
Facsimile (626) 219-6009
CHRISTOPHER W. TAYLOR, State Bar No. 236245
e-Mail: chris@taylorlaborlaw.com
PARHAM BARKHORDAR, State Bar No. 307393
e-Mail: parham@taylorlaborlaw.com
TAYLOR H. WHITE, State Bar No. 325548
e-Mail: twhite@taylorlaborlaw.com
Attorneys for Plaintiff,
YVETTE BUTLER

Jason A. Geller (SBN 168149)
E-Mail: jgeller@fisherphillips.com
Juan C. Araneda (SBN 213041)
E-Mail: jaraneda@fisherphillips.com
Jessica A. Taylor (SBN 301708)
E-Mail: jataylor@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001
Attorneys for Defendants,
WALMART INC. and WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DISTRICT

| | |
|---|---|
| YVETTE BUTLER, an Individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; WALMART INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No.: EDCV 23-166-GW-DTBx<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii)** |

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii)**

FP 50003215.1

<u>ORDER</u>

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed in its entirety with prejudice and with respect to all defendants.

2. Each party shall bear their own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

DATED: April 16, 2024

By: _____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE